# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Edward E. Kopko, Lawyer, P.C.
Edward E. Kopko, Atty. Reg. No. 25582
Atty. for Plaintiff
308 North Tioga Street, 2nd Floor
Ithaca, New York 14850
607.269.1300; 607.269.1301 Fax
eek@kopkolaw.com

| | |
|---|---|
| **PLAINTIFF:**<br><br>JOHN GEMBIC<br><br>V.<br><br>**DEFENDANT:**<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | NO.: 4:13-cv-02472-MWB-SES<br><br>**JURY TRIAL DEMANDED** |

## RULE 41(a)(1) VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), all the parties, by and through their respective counsel, hereby voluntarily stipulate to the dismissal of this action, together with any and all claims, counterclaims, cross-claims, affirmative defenses, and third-party claims, with prejudice. Each party shall bear their respective costs.

_/s/ Edward E. Kopko_

Edward E. Kopko, Attorney for Plaintiff
308 N. Tioga Street, 2nd Floor
Ithaca, New York 14850
607-269-1300; 607-269-1301 (fax)
eek@kopkolaw.com
Tuesday, February 03, 2015

_/s/ Elizabeth Leong_

Elizabeth R. Leong, Esq., Atty. for Travelers
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
860.275.8245; 860.275.8299 (fax)
eleong@rc.com